### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **JESSICA ROSS,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:23-CV-01515-DII** |
| **AUSTIN FREE-NET, KEVIN** | § | |
| **ENDERS, JOHN SIRMAN, SHARON** | § | |
| **STROVER, AND BERNARD** | § | |
| **VENSON,** | § | |
| *Defendants* | § | |

## O R D E R

Plaintiff filed her Original Complaint on December 13, 2023. Dkt. 1. Defendants made an appearance in the case on March 4, 2024. Dkt. 5. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 28, 2024**.

**SIGNED** on May 13, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE