UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jessica Ross, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:23-cv-01515-ADA |
| | § | |
| Austin Free-Net, Kevin Enders, John Sirman, Sharon Strover, Bernard Venson, | § § § | |
|    *Defendants*. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order dismissing with prejudice Plaintiff's claims against all of the Defendants in this action. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on May 16, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE